UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00364-KJD-NJK |
| Plaintiff, | ORDER |
| v. | |
| DELON ARMSTRONG, | |
| Defendant. | |

Presently before the Court is Defendant's Motion Pursuant to 5 U.S.C. § 552/552(A) (#31). Defendant seek transcripts pursuant to the Freedom of Information Act ("FOIA") that have not been created yet. However, the FOIA does not apply to the judicial branch. See 5 U.S.C. § 551(1)(B) (agencies subject to FOIA do not include the courts of the United States).

Accordingly, Defendant's Motion Pursuant to 5 U.S.C. § 552/552(A) (#31) is **DENIED**.

Dated this 20th day of July, 2018.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE