# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Petitioner,

v.

Delon Armstrong,

                Respondents.

JUDGMENT

Case Number: 2:17-cr-00364-KJD-NJK-1

(Related case: 2:20-cv-01087-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED. IT IS FURTHER ORDERED that defendant is denied a certificate of appealability.

05/16/2023　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI
Date　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ L. Ortiz
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk